1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                SAN FRANCISCO DIVISION

11 | MICHAEL SPATZ and SANJAY ISRANI, on ) | Case No.: 3:12-cv-02662-MMC
   | Behalf of Themselves and All Others  )
12 | Similarly Situated,                  )
   |                                      )
13 |                     Plaintiffs,      ) | [PROPOSED] ORDER GRANTING
   |                                      ) | APPLICATION FOR ADMISSION OF
14 |          v.                          ) | ATTORNEY *PRO HAC VICE*
   |                                      )
15 | FACEBOOK, INC., et al.,               )
   |                                      )
16 |                     Defendants.      )
   |                                      )
17

18      James P. Rouhandeh, whose business address and telephone number is

19           James P. Rouhandeh
             DAVIS POLK & WARDWELL LLP
20           450 Lexington Avenue
             New York, New York 10017
21           Telephone: (212) 450-4000

22 and who is an active member in good standing of the bar of the United States District Court for the

23 Southern District of New York, having applied in the above-entitled action for admission to

24 practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25 Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26 Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup

27

28                                              1

Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC Capital Markets LLC; and Wells Fargo Securities LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: July 16, 2012

_____
The Honorable Maxine M. Chesney
United States District Judge