1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN FRANCISCO DIVISION

11   MICHAEL SPATZ and SANJAY ISRANI, on  )        Case No.:  3:12-cv-02662-MMC
     Behalf of Themselves and All Others      )
12   Similarly Situated,                      )
                                              )
13                    Plaintiffs,             )        [PROPOSED] ORDER GRANTING
                                              )        APPLICATION FOR ADMISSION OF
14          v.                                )        ATTORNEY *PRO HAC VICE*
                                              )
15   FACEBOOK, INC., et al.,                  )
                                              )
16                    Defendants.             )
     _____)

17

18          Charles S. Duggan, whose business address and telephone number is

19                      Charles S. Duggan
                        DAVIS POLK & WARDWELL LLP
20                      450 Lexington Avenue
                        New York, New York 10017
21                      Telephone: (212) 450-4000

22   and who is an active member in good standing of the bar of the United States District Court for the

23   Southern District of New York, having applied in the above-entitled action for admission to

24   practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25   Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26   Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup

27

28                                                    1
     [PROPOSED] ORDER GRANTING APPLICATION FOR
      ADMISSION OF ATTORNEY *PRO HAC VICE*
     CASE NO. 3:12-CV-02662-MMC

1  Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC

2  Capital Markets LLC; and Wells Fargo Securities LLC.

3       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

4  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

5  *vice.*  Service of papers upon and communication with co-counsel designated in the application will

6  constitute notice to the party.  All future filings in this action are subject to the requirements

7  contained in General Order No. 45, *Electronic Case Filing.*

8

9  Dated: __July 26, 2012_____

10                                          _____

11                                          The Honorable Maxine M. Chesney
                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-02662-MMC