| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICHAEL SPATZ and SANJAY ISRANI, on Behalf of Themselves and All Others Similarly Situated,

    Plaintiffs,

  v.

FACEBOOK, INC., et al.,

    Defendants.

Case No.: 3:12-cv-02662-MMC

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Andrew Ditchfield, whose business address and telephone number is

        Andrew Ditchfield
        DAVIS POLK & WARDWELL LLP
        450 Lexington Avenue
        New York, New York 10017
        Telephone: (212) 450-4000

and who is an active member in good standing of the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup

1  Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC
2  Capital Markets LLC; and Wells Fargo Securities LLC.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
6  constitute notice to the party.  All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.

9  Dated: July 26, 2012

                      The Honorable Maxine M. Chesney
                      United States District Judge

2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-CV-02662-MMC